**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVEN R. CENTER, | No. C 13-1058 RS (PR) |
| Plaintiff, | **ORDER OF TRANSFER** |
| v. | |
| JERRY BROWN, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 1406(a), this federal civil rights action is hereby TRANSFERRED to the Eastern District of California, wherein venue properly lies because a substantial part of the events or omissions giving rise to the claims occurred, and the defendants named reside, in that district. *See* 28 U.S.C. §§ 84(b) and 1391(b). The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED**.

DATED: April 15, 2013

RICHARD SEEBORG
United States District Judge